Opinion issued August 6, 2009 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00638-CV

____________


IN RE MAVERICK TUBE CORPORATION; MAVERICK TUBE, LLC; TUBOS
DEL CARIBE LTDA; TRIGON TUBULARS INCORPORATED; TENARIS
GLOBAL SERVICES (U.S.A.) CORPORATION; AND TENARIS, S.A., Relators







Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relators have filed a motion to dismiss their petition for writ of mandamus. No
opinion has issued. Accordingly, the motion is granted, and the petition for writ of
mandamus is dismissed. Tex. R. App. P. 42.1(a)(1).


PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Bland.